**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

LESTER ORTIZ CARDONA,
LESTER ARIEL GONZALEZ, and
JOSE ESTRADA PLATA,

     Petitioners,

v.                                      Case No. 2:26-cv-2140-MSN-cgc

SCOTT LADWIG, Director of
the New Orleans Field Office of ICE,
in his official capacity,

     Respondent.

---

**ORDER GRANTING PETITIONERS' MOTION TO SEVER, DIRECTING CLERK TO SEVER, AND DIRECTING CLERK TO CORRECT DOCKET**

---

On February 26, 2026, Petitioners filed a Motion to Sever. (ECF No. 10, "Motion.") Petitioners indicate that the Government does not oppose the relief requested, and, further, the Government has filed no opposition. (*Id.* at PageID 34–35.) Foor good cause shown, the Motion is **GRANTED**.

The Clerk is **DIRECTED** to sever this Petitioners in this matter, and open separate cases for each Petitioner listed in this case.

Additionally, the proper respondent in these matters is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). Christopher Bullock is the New Orleans Field Office Director for ICE Enforcement and Removal Operations.[1] The Clerk is

---

[1] *See Besharat v. Ladwig*, No. 2:26-cv-02281-MSN-atc (W.D. Tenn.), ECF No. 8, n.1.

therefore **DIRECTED** to substitute Christopher Bullock as Respondent and to terminate Scott Ladwig as Respondent.

IT IS SO ORDERED, this 26h day of March, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE
